# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**SHARON D. RICHARDS;**<br>**AKA SHARON DENISE RICHARDS**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **2:07CR00454-01**<br><br>Benjamin Galloway, Asst. Federal Defender<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  admitted guilt to violation of charge(s) 1 and 2 as alleged in the violation petition filed on 5/1/2012.

[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Failure to Notify the Probation Officer Ten Days Prior to Change of Residence | 4/27/2012 |
| 2 | Failure to Participate in Mental Health Treatment | 4/26/2012 |

The court: [ ] revokes:  [✔] modifies and  [✔] continues the defendant on supervision under the same conditions of supervision heretofore ordered on 1/14/2008, with all previously ordered conditions in effect and with the following modification of conditions: The defendant shall reside and participate in a residential re-entry center (RRC), in San Francisco, California, for a period of up to 180 days. Said placement shall commence on April 30, 2013, pursuant to 18 USC 3563(b) (11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons. It is further ordered that the defendant be released on April 30, 2013, to the custody of the probation officer for transport to the RRC in San Francisco, California.   .

The defendant is sentenced as provided in pages 2 through 1 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) __ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

April 22, 2013
Date of Imposition of Sentence

*[signature]*
Signature of Judicial Officer

**WILLIAM B. SHUBB**, United States District Judge
Name & Title of Judicial Officer

April 25, 2013
Date