**FILED**

APR 26 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR S-07-454-01 WBS |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| SHARON D. RICHARDS; aka SHARON DENISE RICHARDS, | ) | |
| Defendant. | ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release **Sharon D. Richards, aka Sharon Denise Richards**. Case **CR S-07-0454-01 WBS** from custody for the following reasons:

__ Release on Personal Recognizance

__ Bail Posted in the Sum of _____

__ Unsecured bond

__ Appearance Bond with 10% Deposit

__ Appearance Bond secured by Real Property

__ Corporate Surety Bail Bond

_X_ (Other)  **After having been found in violation of supervised release on 4/22/2013, the defendant was continued on supervision under the same conditions of supervision with the following modification of condition: The defendant shall reside and participate in a residential re-entry center (RRC), in San Francisco, California, for a period of up to 180 days. Said placement shall commence on April 30, 2013, pursuant to 18 USC 3563(b) (11). The defendant be released on April 30, 2013, to the custody of the probation officer for transport to the RRC in San Francisco, California**

Issued at Sacramento, CA on April 26, 2013 at 1:30 p.m.

By _____
William B. Shubb,
United States District Judge

Orig & ~~Copy:~~ USM
Copy to Docketing