FILED
June 21, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) <br> ) <br> Plaintiff,  ) <br> v.  ) <br> ) <br> SHARON D. RICHARDS,  ) <br> ) <br> Defendant.  ) | Case No. 2:07-cr-00454-WBS <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, SHARON D. RICHARDS, Case No. 2:07-cr-00454-WBS from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __X__   Release on Personal Recognizance

  _____   Bail Posted in the Sum of: $

     _____   Co-Signed Unsecured Appearance Bond

     _____   Secured Appearance Bond

  __X__   (Other) Conditions as stated on the record.

  _____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  6/21/2016  at  4:14 p.m.

By  /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge