HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
SHARON D. RICHARDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-cr-00454-WBS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADMIT/DENY HEARING** |
| vs. | Date: January 30, 2017 |
| SHARON D. RICHARDS, | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Noa E. Oren, attorney for Sharon D. Richards that the admit/deny hearing scheduled for January 30, 2017 be vacated and continued to February 27, 2017 at 9:00 a.m.

Defense counsel is waiting to receive additional documents from Probation Officer Vidales, needed to advise Ms. Richards. Probation Officer Vidales is aware of this request and has no objection.

DATED: January 25, 2017                    Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

                                            */s/ Noa E. Oren*
                                            NOA E. OREN
                                            Assistant Federal Defender

DATED: January 25, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ Roger Yang*
ROGER YANG
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

The Court orders the January 30, 2017 admit/deny hearing continued to February 27, 2017, at 9:00 a.m.

Dated: January 26, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE